**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\* JANUARY 8, 2025 \*
BROOKLYN OFFICE**

NRM:KM
F. #2024R00734

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ADIL DURAN,<br><br>          Defendant. | I N D I C T M E N T<br><br>Cr. No. **25-CR-9**<br>(T. 18, U.S.C., §§ 113(a)(3), 113(a)(6), 1791(a)(2), 1791(b)(3), 1791(d)(1)(B) and 3551 et seq.)<br><br>**Judge Allyne R. Ross**<br>**Magistrate Judge Robert M. Levy** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Assault in a Federal Detention Facility – John Doe)

1. On or about July 11, 2024, within the Eastern District of New York, and within the special maritime and territorial jurisdiction of the United States, namely the Metropolitan Detention Center in Brooklyn, New York, the defendant ADIL DURAN did knowingly and intentionally: (a) assault John Doe, an individual whose identity is known to the Grand Jury, with one or more dangerous weapons with intent to do bodily harm, and without just cause or excuse; and (b) assault John Doe, resulting in serious bodily injury.

(Title 18, United States Code, Sections 113(a)(3), 113(a)(6) and 3551 et seq.)

<u>COUNT TWO</u>
(Possessing Contraband in Prison)

2. On or about July 11, 2024, within the Eastern District of New York, the defendant ADIL DURAN, while an inmate of a prison, to wit: the Metropolitan Detention Center

2

in Brooklyn, New York, did knowingly and intentionally possess a prohibited object, to wit: one or more objects intended to be used as a weapon.

(Title 18, United States Code, Sections 1791(a)(2), 1791(b)(3), 1791(d)(1)(B) and 3551 et seq.)

A TRUE BILL

/s/
_____
FOREPERSON

By Carolyn Pokorny, Assistant U.S. Attorney
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK